1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

3
4  PETER B. AXELROD (CSBN 190843)
   MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorneys

5
6  ANDREW KLINE (DCBN 441845)
   J. EVANS RICE III (DCBN 481768)
   Trial Attorneys, U.S. Department of Justice

7
8     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6774

9     FAX: (415) 436-7234

10
11 Attorneys for Plaintiff

12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                          SAN FRANCISCO DIVISION

16
17 UNITED STATES OF AMERICA,           )   No.: CR 05-00613-MMC
                                       )
18        Plaintiff,                   )
                                       )   [~~PROPOSED~~] ORDER EXCLUDING
19     v.                              )   TIME UNDER THE SPEEDY TRIAL ACT
                                       )   AS TO DEFENDANT CHANG KUN KIM
20 CHANG KUN KIM,                      )
      aka Alex,                        )
21                                     )
          Defendants.                  )
22 _____)

23
        This matter came on the calendar of the Honorable James Larson on October 24, 2005 for
24
   the defendant's initial appearance in this district. The defendant made his initial appearance in
25
   the Central District of California on September 20, 2005. On October 24, 2005, the government
26
   stated on the record its intent to file a related case notice and requested that this Court set the
27
   next date before the Honorable Judge Breyer on November 9, 2005 at 1:30 p.m.
28

[PROPOSED] ORD. EXCLUDING TIME
No.: CR 05-00613-MMC

First, the parties requested an exclusion of time based upon the need for effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  Defense counsel Bob Beles is new to this case and will need ample time to review the voluminous discovery in this matter.

Second, this was defendant Kim's first appearance in this district.  Kim was ordered removed from the Central District of California on September 20, 2005, and time is excludable as delay resulting from the removal of a defendant from one district to another.  See 18 U.S.C. § 3161(h)(1)(G).

Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act.  The parties agree that the time from September 20, 2005 through November 9, 2005 should be excluded in computing the time within which trial must commence.  See 18 U.S.C. §§ 3161(h)(1)(G), 3161(h)(8)(A) and (B)(iv).

The Court finds that the delay resulting from the removal of defendant Kim from the Central District of California to this district is excludable.  See 18 U.S.C. § 3161(h)(1)(G).  The Court further finds that  the parties request for an exclusion of time based upon the need for effective preparation of counsel is warranted.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court HEREBY ORDERS that the time from September 20, 2005 through November 9, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

The Court finds that the failure to grant the requested exclusion would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes

1  that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

2  SO ORDERED.

3  DATED: November 7, 2005

4  _____
   HONORABLE _____
5  UNITED STATES _____ JUDGE

   *IT IS SO ORDERED*
   *Judge James Larson*

6  Approved as to form:

7

8  /s/ Robert Beles
   ROBERT BELES
9  Attorney at Law

10  /s/ Peter B. Axelrod
    PETER B. AXELROD
11  Assistant United States Attorney
    Counsel for the United States

[PROPOSED] ORD. EXCLUDING TIME
No.: CR 05-00613-MMC          3