KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WBN 0722)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
Assistant United States Attorney

ANDREW KLINE (DCBN 441845)
Trial Attorney, U.S. Department of Justice

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6774
    Fax: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Young Yoon YANG, et al., ) <br> ) <br> Defendants. ) | No. CR 05-00395 CRB <br><br> STIPULATION REGARDING DRAFT TRANSCRIPTS |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Misuk MOORE, et al., ) <br> ) <br> Defendants. ) | CR 05-00447 CRB |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Chang Kun KIM, ) <br> ) <br> Defendant ) | CR 05-00613 CRB |

STIPULATION RE: DRAFT TRANSCRIPTS
[CR 05-00395; CR 05-00447; CR 05-00613 CRB]    1

| | |
|---|---|
| 1 | The United States of America, by and through his counsel Kevin V. Ryan, United States |
| 2 | Attorney for the Northern District of California and Peter B. Axelrod, Assistant United States |
| 3 | Attorney and all defendants, by and through their counsel of record hereby agree as follows: |
| 4 | A.  Draft Transcripts |
| 5 | That at defense request, the United States has agreed to provide draft copies of the transcripts |
| 6 | of the recorded conversations.  These draft transcripts are the in electronic form. |
| 7 | All parties agree that the draft transcripts may contain errors with respect to the transcription |
| 8 | of the material on the recording, date and time of the call, spelling, the identification of speakers |
| 9 | or voices, or translation of phrases from foreign languages or code into the English language.  All |
| 10 | parties further agree that the draft transcripts prepared by the government will not be used in any |
| 11 | manner to impeach the final transcript at any hearing or at trial.  Further, all parties agree that the |
| 12 | draft transcripts will not be used by the defense to question or cross-examine any witness at any |
| 13 | hearing or trial concerning the content or preparation of the transcripts, voice identification or |
| 14 | translation. |
| 15 | Further, all parties stipulate and agree that in order to prepare a stipulated set of transcripts |
| 16 | for the jury at trial the following procedure shall be used by the defense to identify portions of the |
| 17 | transcripts as to which they disagree.  The defense shall deliver to the United States the hard copy |
| 18 | of the government transcript containing the defense proposed changes.  The proposed changes to |
| 19 | the transcript shall be hand written on the government draft transcript clearly indicating the |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

STIPULATION RE: DRAFT TRANSCRIPTS
[CR 05-00395; CR 05-00447; CR 05-00613 CRB]            2

1 | proposed words to be changed. The defense shall also deliver in electronic form, a defense
2 | version of the transcript containing the typed proposed changes.

4 | SO STIPULATED.

5 | DATED:
6 | _____
   | PETER B. AXELROD
   | MONICA FERNANDEZ
7 | Assistant United States Attorney

8 | ANDREW KLINE
   | J. EVANS RICE III
9 | Trial Attorneys, U.S. Department of Justice

11 | DATED: 11/6/05
    | _____
    | RICHARD TAMOR
12 | Counsel for Defendant Young Joon YANG

13 | DATED:
14 | _____
    | GARY LAFF
    | Counsel for Defendant Myong Su AHN

16 | DATED:
    | _____
    | RANDY S. POLLOCK
17 | Counsel for Defendant Min Young BANG

18 | DATED:
19 | _____
    | MICHAEL STEPANIAN
    | Counsel for Defendant ~~Myung Jin CHANG~~
20 | MISUK MOORE

21 | DATED:
    | _____
    | J. FRANK MCCABE
22 | Counsel for Defendant Fred FRAZIER

23 | DATED:
24 | _____
    | MICHAEL BERGER
    | Counsel for Defendant Jin Ah KANG

26 | DATED:
    | _____
27 | ERIN CRANE
    | Counsel for Defendant Aesun KIM

28 | DATED:
    | Dec. 1, 2005
    | _____
    | [name] Hye Cha KIM

STIPULATION RE: DRAFT TRANSCRIPT
[CR 05-00395; CR 05-00447; CR 05-006...]

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

00000003