1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | No. CR 05-00395 CRB |
| 13 | Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME |
| 14 | v. ) | FROM FEBRUARY 1, 2006 TO APRIL 5, 2006 UNDER THE SPEEDY TRIAL ACT |
| 15 | YOUNG JOON YANG, et al. ) | |
| 16 | Defendants. ) | No. CR 05-00447 CRB |
| 17 | _____ ) | |
| 18 | UNITED STATES OF AMERICA, ) | |
| 19 | Plaintiff, ) | |
| 20 | v. ) | |
| 21 | MISUK MOORE, et al., ) | |
| 22 | Defendants ) | |
| 23 | _____ ) | No. CR 05-00613 CRB |
| 24 | UNITED STATES OF AMERICA, ) | |
| 25 | Plaintiff, ) | |
| 26 | v. ) | |
| 27 | CHANG KUN KIM, ) | |
| 28 | Defendant. ) | |
| | _____ ) | |

On February 1, 2006, defendants in the above-captioned matter appeared, with counsel,

ORDER
CR 05-00395 CRB/CR 05-00447 CRB/CR 05-00613 CRB

1 | before the Court for a status conference.  Assistant United States Attorney Peter B. Axelrod

2 | appeared on behalf of the United States.

3 |       The parties agreed to a continuance of the matter to April 5, 2006, and a corresponding

4 | exclusion of time under the Speedy Trial Act (18 U.S.C. § 3161) to provide defense counsel with

5 | sufficient time to obtain and review additional discovery.

6 |       Accordingly, the Court HEREBY ORDERS that the time from February 1, 2006 to April

7 | 5, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  For the reasons set forth

8 | above, the Court finds that the failure to grant the requested exclusion would deny defense

9 | counsel reasonable time necessary for effective preparation taking into account the exercise of

10 | due diligence.  Further, the Court finds the exclusion warranted on complexity grounds, under 18

11 | U.S.C. § 3161(h)(8)(B)(ii), based on the number of defendants (31 charged), the number of calls

12 | on the wire (exceeding 33,000) and the fact that the vast majority of the calls are in the Korean

13 | language.  Thus, the Court finds that the ends of justice served by granting the requested

14 | exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the

15 | prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time

16 | should be made under 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

17 | IT IS SO ORDERED.

18 |

19 |

20 | DATED:  February 16, 2006



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

ORDER
CR 05-00395 CRB/CR 05-00447 CRB/CR 05-00613 CRB