| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WBN 0722)<br>Chief, Criminal Division |
| 4 | PETER B. AXELROD (CSBN 190843)<br>LAUREL BEELER (CSBN 187656) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6774<br>Fax: (415) 436-7234 |
| 8 | |
| 9 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) ) | SUPPLEMENTAL PROTECTIVE ORDER<br>REGARDING DISCOVERY AS TO |
| YOUNG JOON YANG, et al., | ) ) | DEFENDANT CHANG KUN KIM |
| Defendants | ) ) | |
| | ) | No. CR 05-00613 CRB |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CHANG KUN KIM, | ) ) | |
| a/k/a Alex, | ) ) | |
| Defendant. | ) ) | |

The United States, through its counsel of record, and defendant Chang Kun Kim, through his counsel of record, hereby agree and stipulate that the government will provide discovery on the

PROTECTIVE ORDER
[CR 05-00395 CRB, CR 05-00613 CRB]

following conditions:

1. <u>Protected Material</u>

The discovery produced in this matter is deemed Protected Material.  Possession of copies of the Protected Material is limited to the defendants, their attorneys of record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").

The defendants, their attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons.  The defendants, their attorneys of record, and members of the defense team may show Protected Material to witnesses or prospective witnesses in conjunction with their defense of the defendants in this case.  The defendants, their attorneys of record, and members of the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending the defendant in the above-captioned matter.  Any violation of these prohibitions constitutes a violation of the Protective Order.  Further, the attorneys of record agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to members of the defense team.

Notwithstanding efforts taken by the government to redact personal information of witnesses from the discovery provided to the defense (such as date of birth, social security numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the defense team agree that, should any such information be found during their review of this material, they will not provide that personal information in any form – whether in verbal, written or electronic format – to any third party, for any reason whatsoever.

2 <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court.  Within 30 days of a verdict or guilty plea, the defendants' attorneys of record shall return all copies of any Protected Material (including all copies provided to the defendants, their attorneys of record, and members of the defense team) to the United

PROTECTIVE ORDER
[CR 05-00395 CRB, CR 05-00613 CRB]

1 | States Attorney's Office for the Northern District of California.

2 |     SO STIPULATED.

3

4 | DATED: March 14, 2006          __/S/ PETER B. AXELROD___
                                                PETER B. AXELROD
                                                LAUREL BEELER

5 |                                                 Assistant United States Attorneys

6

7 | DATED:  March 14, 2006         __/S/ ROBERT J. BELES_____
                                                ROBERT J. BELES

8 |                                                 Counsel for Defendant CHANG KUN KIM

9

10 |                                       **ORDER**

11 |     IT IS SO ORDERED.

12

13 | DATED: March 16, 2006

14 |                                       ELIZABETH
                                      United States

[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

PROTECTIVE ORDER
[CR 05-00395 CRB, CR 05-00613 CRB]