**Robert J. Beles** Bar No. 41993
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant Chang Kun Kim*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　*Plaintiff*,<br>　　vs.<br><br>CHANG KUN KIM,<br><br>　　　　*Defendant*. | No. **CR 05-00613 CRB**<br><br>STIPULATION AND ORDER |

STIPULATION AND ORDER

It is hereby stipulated by and between the United States of America through Pete Axelrod, Assistant United States Attorney, and defendant Chang Kun Kim, by and through his counsel, Robert J. Beles, that the defendants passport be returned to him or his legal representative from the Law Offices of Robert J. Beles, from the Clerk of the United States District for the Northern District of California.

STIPULATED:

DATED: 7-2-08

　　　　　　　　　　　　　　　　　　　　　　／s／ Robert J. Beles
　　　　　　　　　　　　　　　　　　　　　　ROBERT J. BELES
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

DATED: 7/7/08

　　　　　　　　　　　　　　　　　　　　　　／s／ Peter Axelrod
　　　　　　　　　　　　　　　　　　　　　　PETER AXELROD
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

2

3   IT IS SO ORDERED.

4   DATED: July 8, 2008

5                                               _____
                                                Hon. Charles R. Breyer
6                                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-